

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00249-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.H., A CHILD | § | On Appeal from the 393rd District Court |
| | § | of Denton County (17-2996-393) |
| | § | November 21, 2018 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal and holds that there was no reversible error. Thus, this court affirms the trial court's order of termination.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel